427 A.2d 1191

Commonwealth v. R. Johnson, Appellant.

Submitted September 13, 1979. Arthur J. King, Assistant Public Defender, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

427 A.2d 1191

Commonwealth v. Kempka, Appellant.

Submitted September 13, 1979. James P. Gregor, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.